IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EMERGENCY MITIGATION
SERVICES, LLC                                                              PLAINTIFF

v.                          No. 4:25-cv-235-DPM

ALLEN JOHNSON                                                          DEFENDANT

## JUDGMENT

Emergency Mitigation Services' complaint is dismissed with prejudice. The Court retains jurisdiction until 9 February 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

9 December 2025